ACCEPTED
03-15-00363-CV
6142774
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:13:25 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00363-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:13:25 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES,

*Appellant*,

v.

### BRILLIANT STARTS LEARNING ACADEMY, L.L.C.

*Appellee*.

### On Appeal from the 207TH District Court, Comal County, Texas; Cause No. C2015-0676B; before the Honorable Dib Waldrup

### APPELLANT'S AGREED SECOND MOTION TO EXTEND TIME TO FILE BRIEF

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | Pat Tulinski<br>State Bar No. 20283485<br>Assistant Attorney General |
| CHARLES E. ROY<br>First Assistant Attorney General | TEXAS ATTORNEY GENERAL'S OFFICE<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 |
| JAMES E. DAVIS<br>Deputy Attorney General for<br>Civil Litigation | Telephone: (512) 475-4170<br>Facsimile: (512) 320-0167<br>pat.tulinski@texasattorneygeneral.gov<br>Attorneys for Appellant |
| DAVID A. TALBOT, JR.<br>Chief, Administrative Law Division | |

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellant Texas Department of Family & Protective Services, asking the Court to extend the time to file its brief in Cause Number 03-15-00363-CV; Trial Court Cause Number C2015-0676B.

Appellant is the Texas Department of Family & Protective Services. Appellee is Brilliant Starts Learning Academy, L.L.C. There is no specific deadline to file this motion to extend. *See* Tex. R. App. P. 38.6(d). Appellant has conferred with counsel for Appellee, and this second request for extension is agreed or unopposed.

The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief. The Department's brief is presently due on July 22, 2015. The Department requests an additional forty (40) days to file its brief. If granted, the new due date will be September 1, 2015.

This extension is necessary because counsel for the Department has a gravely ill family member out-of-state and in hospice care. Counsel is taking a 30-day leave of absence from the Office of the Texas Attorney General to travel to New Jersey to help take care of her dying family member. The leave commences before the Department's brief is due and extends through and beyond the present due date.

Counsel for the Department was the sole attorney present and participating at the multi-day hearing on the Temporary Injunction, and she is uniquely familiar with the facts and law involved in this case. There is no other attorney prepared or equipped to handle this matter for the Department on the present timeline. Further, the legal and factual issues are moderately complex and require sufficient time to address them properly.

This is the Department's second motion to extend the deadline, and the request is not sought for purposes of delay but to see that justice is done.

For these reasons, Appellant respectfully requests that this Court grant this 40-day extension of time to file its brief, to be due on September 1, 2015.

SIGNED this 20th day of July, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

Cause No. 03-15-00363-CV
Appellant's Agreed Second Motion to Extend Time to File Brief

/s/ Pat Tulinski
Pat Tulinski
TBN 20283485
Assistant Texas Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4170
Facsimile:   (512) 320-0167
pat.tulinski@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), counsel for Appellant conferred with counsel for Appellee and obtained consent to file this motion as agreed or unopposed.

/s/ Pat Tulinski
Pat Tulinski

## CERTIFICATE OF SERVICE

I certify that, on July 20, 2015, a true and correct copy of the Appellant's Agreed Second Motion to Extend Time to File Brief was transmitted by electronic filing and e-mail on the 20th day of July, 2015 to the party of record as shown below:

**Brilliant Starts Learning Academy, L.L.C.**
**Appellee**

Gregory B. Cagle
Regional Attorney
Texas Municipal Police Association
1602B State St.
Houston, TX 77007
Telephone: (713) 489-4789
Facsimile:  (713) 489-4792
gcagle@tmpalawyer.com

/s/ Pat Tulinski
Pat Tulinski